# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Joseph Baisi, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 4:13-cv-00835-RBH |
| Southwest Credit Systems, L.P.; and DOES 1-10, inclusive, | : **ORDER** |
| Defendants. | : |

Pursuant to the stipulation of the Parties and for good cause shown, it is hereby

ORDERED this case be dismissed with prejudice, each side to bear its own costs and fees.

DATED: July 22, 2013               s/R. Bryan Harwell
                                   R. BRYAN HARWELL
                                   United States District Judge